104 So.2d 333

**UNITED STATES STEEL CORPORATION**

**v.**

**Roland Ellis GOODWIN and Department of Industrial Relations.**

**6 Div. 578.**

Court of Appeals of Alabama.

March 25, 1958.

Rehearing Denied May 13, 1958.

Burr, McKamy, Moore & Thomas, Birmingham, for appellant.

Cooper, Mitch & Black, Birmingham, for appellees.

CATES, Judge.

Goodwin worked in the Fairfield Sheet Mill.

Goodwin's case seems otherwise the same as that of United States Steel Corp. v. Case, Ala.App., 104 So.2d 332.[1] Reference is made also to the other opinions involving the 1954, 1955, and 1956, T.C.I. strikes this day decided. Ante, pp. 428 to 432, 104 So.2d 327 to 336.

On authority of Usher v. Department of Industrial Relations, 261 Ala. 509, 75 So.2d 165, the judgment below is

Affirmed.